# Exhibit B

(Chronological Listing of Services and Declaration of Carlo Sabatini in Support of
Hourly Rate)

## Sabatini Freeman, LLC

216 N. Blakely St.
Dunmore, PA 18512
Statement as of: 6/9/2021

**Michael Badyrka**
**64 Center Street**
**Pittston, PA 18640**

Our file number: 3343-001

### Rate Summary

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Brett Freeman | 1.70 hours at $310.00/hr | $527.00 | 1.70 hours | ($527.00) | $0.00 |
| Carlo Sabatini | 23.90 hours at $415.00/hr | $9,918.50 | 3.30 hours | ($1,369.50) | $8,549.00 |
| Ashley Werner | 16.90 hours at $135.00/hr | $2,281.50 | 2.80 hours | ($378.00) | $1,903.50 |
| Total: | 42.50 hours (before discount) | $12,727.00 | 7.80 hours | ($2,274.50) | $10,452.50 |

### Itemized Listing of Services

| Date | Description | | Rate | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| 10/23/2020 | Meet with client for debt defense consultation. | CS | 415.00 | 0.70 | 290.50 | -290.50 |
| 10/24/2020 | Email to client regarding budget, paystubs, and debts | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/25/2020 | Receive and review emails (4) from client attaching paystubs | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/26/2020 | Badyrka, Michael - Meet with client for hiring appointment. | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 10/26/2020 | Badyrka, Mike - Work on client's budget | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 10/26/2020 | Meet with client via zoom for bankruptcy consultation. | CS | 415.00 | 0.40 | 166.00 | -166.00 |
| 10/27/2020 | Meet with client via Zoom for bankruptcy hiring appointment. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 10/27/2020 | Email to client with Bankruptcy Guidelines | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/27/2020 | Call with client to provide various disclosures, case analysis, budget analysis | CS | 415.00 | 1.20 | 498.00 | 0.00 |
| 11/12/2020 | Call from client regarding requested documentation. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/13/2020 | Receive and review email attaching items needed for bankruptcy schedules. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 11/13/2020 | Input information into spreadsheet and email CS regarding the same. | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 11/13/2020 | Call with client regarding missing information. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 11/13/2020 | Work with budget. | CS | 415.00 | 0.50 | 207.50 | 0.00 |
| 11/13/2020 | Email to client with new list of items needed | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/16/2020 | Receive and review several emails with income and expense documentation. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 11/16/2020 | Input information into spreadsheet. | ASW | 135.00 | 0.40 | 54.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adjust |
|---|---|---|---|---|---|---|
| 11/16/2020 | Meet with client regarding budget and plan payment. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 11/23/2020 | Call with client regarding upcoming hearing and documentation needed for schedules. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 12/03/2020 | Call to client regarding documentation. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 12/14/2020 | Receive, review, and respond to email from PM regarding client's questions concerning schedules. | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 12/14/2020 | Review client's questions and email PM regarding the same | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 12/14/2020 | Conference with PM regarding CMA | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 12/14/2020 | Review file regarding appraisal/CMA. Email to CS regarding the same | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 12/14/2020 | Call with client regarding bankruptcy filing and missing documentation. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 12/15/2020 | Receive and review submitted electronic questionnaire to confirm completion | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 12/15/2020 | Conference with PM regarding client's electronic questionnaire | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 12/17/2020 | Receive, review, and respond to email from PM regarding organization checklist | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 12/17/2020 | Work on means test | CS | 415.00 | 1.20 | 498.00 | 0.00 |
| 12/18/2020 | Conference with PM regarding client's debts | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 12/18/2020 | Call with client. Work on means test and plan | CS | 415.00 | 1.10 | 456.50 | 0.00 |
| 12/23/2020 | Receive and review email from client authorizing wage attachment | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 12/24/2020 | Complete due diligence checklist. Finalize plan. | CS | 415.00 | 2.30 | 954.50 | 0.00 |
| 12/26/2020 | Meeting with client to go over the schedules and file online | CS | 415.00 | 1.70 | 705.50 | 0.00 |
| 12/26/2020 | Complete filing additional documents and finish post-filing checklist | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 12/28/2020 | Receive and review docket entry regarding certificate of service not filed for wage attachment motion. Email to clerk regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/05/2021 | Receive and review email from Kreider confirming receipt of DSO certification | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/06/2021 | Receive and review email from Rodichok at Trustee's confirming receipt of appraisal | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/06/2021 | Receive and review email from Rodichok at Trustee's confirming receipt of tax return | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 01/11/2021 | Receive meeting of creditors and appointment of trustee. Process checklist of tasks for after 341 date has been set. | ASW | 135.00 | 0.50 | 67.50 | 0.00 |
| 01/11/2021 | Receive and review order granting motion for wage attachment order | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 01/11/2021 | Review BNC Certificate of Notice regarding 341 meeting. No bypassed recipients. NAN | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 01/11/2021 | Review and analyze proof of claim 1 filed on the docket. Email to CS regarding analysis | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 01/11/2021 | Review BNC Certificate of Notice regarding order on wage attachment to confirm service on employer. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 01/11/2021 | Receive and review certificate of financial management | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/11/2021 | Receive and review analysis of proof of claim 1 filed on the docket. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/11/2021 | Email to client regarding 341 meeting | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/12/2021 | Review and analyze proof of claim 2 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 01/12/2021 | Receive and review trustee's acknowledgment of DSO certification | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 01/13/2021 | Receive and review email from client with financial management certificate | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 01/14/2021 | Call from client regarding 341, plan confirmation, and plan payment. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 01/15/2021 | Receive and review BNC Certificate of notice regarding 341 meeting | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 01/15/2021 | Email to client regarding new payment address | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/19/2021 | Receive and review certificate of financial management filed on the docket | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 01/19/2021 | Review and analyze proof of claim 4 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 01/19/2021 | Prepare file for 341 meeting | ASW | 135.00 | 0.80 | 108.00 | 0.00 |
| 01/19/2021 | Reviewed file to verify that tax returns were provided to Trustee's office. Prepare proof of same in case requested at Meeting of Creditors. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 01/19/2021 | Review claims filed in case, review plan, review other documents filed, notate file regarding claims that we need filed, draft interoffice memo to CS summarizing claims and case status | ASW | 135.00 | 0.70 | 94.50 | 0.00 |
| 01/19/2021 | Call to client for 341 prep | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 01/19/2021 | Review client responses to 341 preparation questions | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/20/2021 | Call to client regarding 341 responses. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 01/22/2021 | Receive, review, and respond to email from client attaching mortgage statement | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/22/2021 | Receive, review, and respond to email from client regarding mortgage payments. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/25/2021 | Meet with client in preparation for 341 meeting. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 01/25/2021 | Attend 341 Meeting | CS | 415.00 | 0.70 | 290.50 | 0.00 |
| 01/26/2021 | Analyze proof of claim 5 filed on the docket | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 01/26/2021 | Receive and review certification that 341 Meeting held. Create confirmation hearing docket and process scheduling of hearing. | ASW | 135.00 | 0.40 | 54.00 | -13.50 |
| 01/27/2021 | Receive and review email from Vanatta at Hat Law regarding property lease. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/27/2021 | Email to Vanatta regarding post-petition payments on property | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 01/29/2021 | Receive, review, and respond to email from Vanatta regarding property lease | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|
| 01/31/2021 | Email to client with schedules, paystubs, motion for wage attachment, request for notice of case (2), certificate of service, order for wage attachment, certificate of financial management, plan, and notice of meeting of creditors filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/01/2021 | Review proof of claim analysis for comments from CS. Email to CS regarding the same | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 02/01/2021 | Analyze proof of claim 6 filed on the docket | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 02/01/2021 | Receive and review BNC Certificate of notice regarding confirmation hearing filed on the docket | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 02/01/2021 | Receive and review BNC certificate of notice regarding plan filed on the docket | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 02/01/2021 | Review and analyze claim 7 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 02/02/2021 | Prepare letter to client regarding new payment address | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 02/02/2021 | Do child support lien search | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 02/02/2021 | Email to client regarding pre-confirmation certification that has to be filed with the court | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/02/2021 | Email to Vanatta regarding property. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/03/2021 | Communication with trustee's office regarding objecting to plan. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/03/2021 | Review proof of claim analysis | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/04/2021 | Receive and review notice of mortgage forbearance request filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/05/2021 | Receive and review signed pre-confirmation certification. Do checklist regarding the same | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 02/05/2021 | Email to Charles Wohlrab regarding Regulation X Request | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/05/2021 | Receive and review email from Vanatta. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/05/2021 | Email to Vanatta regarding amending plan and assuming lease | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/05/2021 | Receive and review email from Vanatta regarding assuming lease and amending plan being acceptable | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/08/2021 | Receive, review, and respond to email from client regarding financial planner | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/09/2021 | Prepare information request to Lakeview | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 02/10/2021 | Review and analyze claim 8 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 02/10/2021 | Review and analyze claim 9 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 02/11/2021 | Email to Wohlrab with copy of request for information | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/12/2021 | Receive and review email from Wohlrab regarding sending request for information to his client | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/13/2021 | Call to client regarding financial planner and mortgage arrears. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/13/2021 | Email to client with trustee's objection, request for mortgage forbearance, and pre-confirmation certification of compliance filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/15/2021 | Receive and review 2020 tax return from client. Review file. Email to CS regarding the same | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 02/15/2021 | Redact tax return and send to trustee | ASW | 135.00 | 0.10 | 13.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 02/15/2021 | Receive, review, and respond to email from Vanatta regarding amending plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/15/2021 | Receive and review email from Vanatta thanking me for information concerning amended plan | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/15/2021 | Email to client with notice of new payment address for shed lease. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/16/2021 | Receive and review email from Julie Rodichok at trustee's confirming receipt of Debtor's 2020 return | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 02/16/2021 | Receive, review, and respond to email from Rodichok regarding conflicting issues concerning confirmation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/16/2021 | Receive and review email from Rodichok regarding amending plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/17/2021 | Receive and review email from client regarding financial planner. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/21/2021 | Email to client regarding financial planner | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/22/2021 | Receive and review signed and dated green card for letter to Lakeview Loan Servicing | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 02/22/2021 | Conference with PM regarding confirmation hearing and forbearance | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 02/22/2021 | Call from financial planner. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/23/2021 | Fill out third party authorization form and Panda to client | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 02/23/2021 | Receive and review email from Loancare regarding third party authorization form | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/23/2021 | Receive and review email from Loancare regarding longer than normal wait times. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/23/2021 | Receive and review email from Loancare regarding forwarding message to specialists. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/24/2021 | Start Ready for Confirmation checklist and prepare request for payment for filing | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 02/24/2021 | Email to Loan Care with signed third party authorization form | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/25/2021 | Receive and review email from Loancare regarding message forwarded to processing team | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/26/2021 | File request for payment | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 02/26/2021 | Receive, review, and respond to email from Rodichok regarding filing amended plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/26/2021 | Receive and review email from Rodichok regarding sending hearing list to Judge Opel | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/26/2021 | Receive and review email from financial planner with numbers | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 02/28/2021 | Email to McHale explaining amendments to schedules and plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/01/2021 | Analyze proof of claim 10 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 03/01/2021 | Review and analyze claim 11 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 03/01/2021 | Review and analyze claim 12 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |

| Date | Description | Initials | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 03/01/2021 | Receive and review objection to plan filed on the docket by counsel for Lakeview Loan Servicing. Review claims, and amended plan to be filed. Email to CS regarding the same | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 03/01/2021 | Review request for payment filed on the docket | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 03/01/2021 | Review and analyze claim 13 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 03/01/2021 | Review and analyze claim 14 filed on the docket | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 03/01/2021 | Receive and review amendment to schedules filed on the docket | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 03/01/2021 | Review analysis of claim 12. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/01/2021 | Receive, review, and respond to email from McHale regarding amendments | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/01/2021 | Receive, review, and respond to email from McHale regarding time to speak about amendments | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/01/2021 | Receive and review email from McHale thanking me | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/01/2021 | Receive and review email from McHale regarding claims bar date | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/01/2021 | Receive and review email from McHale regarding Lakeview objection. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/01/2021 | Call to Wohlrab to discuss objection. No answer, left message. Email to Wohlrab regarding the same and asking after continuance | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/01/2021 | Receive and review email from Wohlrab agreeing to continuance and regarding talking tomorrow | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/01/2021 | Email to Wohlrab regarding speaking tomorrow | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/02/2021 | Receive and review hearing list regarding confirmation hearing | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 03/02/2021 | Receive and review email from Rodichok regarding confirmation hearing being continued to April 7 | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/02/2021 | Receive, review, and respond to email from Wohlrab regarding amended plan and mortgage arrears | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/02/2021 | Receive and review email from Wohlrab regarding filing proof of claim this week and arrears | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/04/2021 | Email to McHale regarding child support, tax refund, and plan payment. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/05/2021 | Receive, review, and respond to email from McHale regarding plan payment. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/05/2021 | Receive and review email from McHale thanking me for information concerning payment | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/05/2021 | Email to client with amended schedules filed on the docket | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/09/2021 | Call to client regarding letter from Loancare | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/09/2021 | Email to client with letter from LoanCare and asking for documentation. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/09/2021 | Receive and review email from client with payment history and attaching mortgage statement. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/11/2021 | Receive and review proceeding memo regarding hearing continued. Process checklist of tasks after confirmation hearing date has been set. | ASW | 135.00 | 0.40 | 54.00 | 0.00 |

| Date | Description | Person | Rate | Hours | Amount | Adjust |
|------|-------------|--------|------|-------|--------|--------|
| 03/11/2021 | Analyze claim 16 filed on the docket. Email to CS with analysis of claim | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 03/11/2021 | Receive and review claim 15 filed on the docket. Email to CS regarding claim withdrawal | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 03/11/2021 | Receive and review analysis of claim 16 | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/12/2021 | Receive and review certificate of service from www.certificateofservice.com | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 03/12/2021 | FIle amended plan, notice, and certificate of service. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 03/12/2021 | Call to Wohlrab. No answer, left message. Email to Wohlrab regarding the same | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/12/2021 | Email to client with new payment address for mortgage | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/12/2021 | Reconciliation of our client's payment records and mortgage company's payment records. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 03/12/2021 | Contact domestic relations to verify ending date of domestic support order and prepare amended plan | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 03/12/2021 | Receive and review message from Wohlrab. Email to him regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/12/2021 | Receive and review email from Wohlrab regarding amended plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/13/2021 | Email to BF regarding potential claims | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/15/2021 | Review file for potential FDCPA claims | BF | 310.00 | 1.70 | 527.00 | -527.00 |
| 03/15/2021 | Email to client regarding new confirmation hearing | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/16/2021 | Receive and review amended plan filed on the docket. Review proof of claim analysis and wage attachment. Set tasks regarding the same | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 03/16/2021 | Email to McHale regarding amending plan again for the correct plan payment amount | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/17/2021 | Email to Wohlrab regarding amended plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/17/2021 | Receive and review email from Wohlrab regarding whether arrearage amount is correct | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/22/2021 | Email to client with schedules, paystubs, affidavit, request for notice, certificate of financial management, and statement of current monthly income filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/24/2021 | Email to Wohlrab regarding whether he has heard from his client | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/02/2021 | Email to Wohlrab regarding amended plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/15/2021 | Prep notice of confirmation hearing for second amended plan | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 04/15/2021 | Upload mailing to certificateofservice.com | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 04/15/2021 | Receive and review confirmation of upload from www.certificateofservice.com | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 04/15/2021 | Receive and review certificate of service from www.certificateofservice.com | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 04/15/2021 | File second amended plan, notice, and certificate of service. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 04/15/2021 | Receive and review objection to amended plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 04/15/2021 | Email to McHale regarding amended plan and objection | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/17/2021 | Email to client with objection filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/23/2021 | Receive and review objection to plan filed on the docket | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 04/23/2021 | Receive and review amended plan filed on the docket. Review for actions to be taken. Set tasks. | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 04/23/2021 | Do checklist of tasks after confirmation hearing date has been set. | ASW | 135.00 | 0.40 | 54.00 | 0.00 |
| 04/26/2021 | Call to client regarding local tax return. No answer, left message | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 04/26/2021 | Call from client regarding tax return. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 04/29/2021 | Receive and review email from client regarding tax return. | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 04/29/2021 | Email to client regarding new confirmation hearing date | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 04/30/2021 | Receive and review email from client confirming his attached local return was for 2020 | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 05/10/2021 | Email to client regarding withdrawal of objection filed in his case | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/14/2021 | Email to client regarding wage attachment order and trustee letter | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/24/2021 | Review file regarding request for payment and confirmation hearing | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 05/26/2021 | Review trustee's website to confirm trustee payment address was updated. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 05/28/2021 | Do ready for confirmation checklist. Email to CS regarding the same | ASW | 135.00 | 0.30 | 40.50 | 0.00 |
| 05/28/2021 | Call to client regarding wage attachment. | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 05/28/2021 | Prep letter to client's employer. Email to client with letter to his employer | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 06/01/2021 | Call from client. Instructed PM to tell him we won't need him in court this week. Email to CS regarding the same | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 06/01/2021 | Review file regarding wage attachment step-up. Reset tickler for one week. | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 06/01/2021 | Email to Gordon regarding possibility of proof of claim being filed | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/01/2021 | Receive, review, and respond to email from Gordon regarding proof of claim being filed within the hour | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/01/2021 | Receive, review, and respond to email from Gordon regarding filing the claim as priority | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/01/2021 | Email to client regarding tax return documentation | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/01/2021 | Receive, review, and respond to email from Stires at Berkheimer with proof of claim filing receipt | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/02/2021 | Receive and review hearing list from trustee. Case recommended for confirmation. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 06/02/2021 | Review email from Wohlrab regarding mortgage payments. | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 06/02/2021 | Call to client. No answer, left message | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/02/2021 | Return call from client. Discuss mortgage arrears and future payments. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/02/2021 | Email to Wohlrab regarding my client's payments | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/03/2021 | Receive and review order confirming chapter 13 plan | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/04/2021 | Review and analyze claim 17 filed on the docket. Email to CS with analysis | ASW | 135.00 | 0.20 | 27.00 | 0.00 |
| 06/04/2021 | Receive and review proceeding memo regarding plan eligible for confirmation | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 06/04/2021 | Receive and review analysis of claim 17 | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/07/2021 | Receive and review electronic notice of filing: Order Confirming Plan. Update file to reflect same. Do tasks related to confirmation of plan. | ASW | 135.00 | 0.80 | 108.00 | 0.00 |
| 06/07/2021 | Receive and review certificate of service from cos.com | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 06/07/2021 | File certificate of service of order confirming second amended plan. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 06/08/2021 | Call to client regarding child support. No answer, left message | ASW | 135.00 | 0.10 | 13.50 | -13.50 |
| 06/08/2021 | Call from client regarding child support. | ASW | 135.00 | 0.10 | 13.50 | 0.00 |
| 06/08/2021 | Receive and review email from Vanatta at Hat Law regarding missed payments. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/08/2021 | Email to client regarding missed payments to VM Properties | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/08/2021 | Receive and review email from client regarding payments to VM Properties. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/08/2021 | Email to Vanatta at Hat Law regarding payments to VM properties. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/09/2021 | Receive, review, and respond to email from Vanatta regarding acceptable payment schedule to VM Properties | CS | 415.00 | 0.10 | 41.50 | 0.00 |

*Sub-total Fees:* 12,727.00   -2,274.50

*Net Fees After Discount:* **10,452.50**

### Expenses

| Date | Description | Price | Units | Amount | Discount |
|------|-------------|-------|-------|--------|----------|
| 12/16/2020 | Best Case fee | 8.00 | 1.00 | 8.00 | 0.00 |
| 12/18/2020 | Accurint search | 19.57 | 1.00 | 19.57 | 0.00 |
| 12/26/2020 | Filing Fee | 313.00 | 1.00 | 313.00 | 0.00 |
| 02/11/2021 | Postage for letter to mortgage company requesting information | 1.00 | 7.00 | 7.00 | 0.00 |
| 03/12/2021 | Postage for mailing of notice and amended plan to matrix. | 1.00 | 39.95 | 39.95 | 0.00 |
| 04/15/2021 | Postage for mailing of second amended plan and notice | 1.00 | 38.25 | 38.25 | 0.00 |
| 06/07/2021 | Postage for service of order confirming second amended plan. | 1.00 | 12.30 | 12.30 | 0.00 |

|  | Sub-total Expenses: | 438.07 | 0.00 |
|---|---|---|---|

## Trust Account

**Date** | Beginning Balance: | 0.00
10/26/2020 Badyrka, Michael - Retainer | | 200.00
12/15/2020 Badyrka, Michael - Retainer | | 610.00
| Ending Balance: | 810.00

## Total

Net Fees After Discount: 10,452.50
Net Expenses After Discount: 438.07
*Total:* **10,890.57**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL PETER BADYRKA; AKA
MICHAEL P. BADYRKA

           Debtor

CHAPTER 13

CASE NO. 5:20-bk-03618-HWV

## **DECLARATION OF CARLO SABATINI IN SUPPORT OF HOURLY RATE**

1.　　I, Carlo Sabatini, am debtor's counsel in this case, and I submit this declaration to

support the *Application of Attorney for Chapter 13 Debtor For Compensation and*

*Reimbursement of Expenses.*

2.　　I am a member in good standing of the bars of the following courts: Supreme

Court of Pennsylvania, United States District Court for the Middle District of Pennsylvania,

United States District Court for the Eastern District of Pennsylvania, United States District Court

for the Western District of Pennsylvania, United States Court of Appeals for the Third Circuit,

and the United States Supreme Court.

3.　　I have been a lawyer since 1999, the year that I graduated *magna cum laude* from

Widener University School of Law - Harrisburg. I was ranked second in my class of 118

students. In 1992 I graduated from Bucknell University with a Bachelor of Science degree.

4.　　I am a contributing author to *Pennsylvania Consumer Law* by Carolyn Carter,

Bisel Publishing Co., 2003, Supp. 2020. This is the leading legal treatise on Pennsylvania

consumer law issues.

5.　　I am board-certified in consumer bankruptcy law by the American Board of

Certification, which is a certification that is recognized by the Pennsylvania Supreme Court. I do

not believe that that court recognizes a bankruptcy certification from any other organization.

6.     No other attorney with an office in the Northern Tier of the Middle District of Pennsylvania has obtained this certification.[1]#

7.     The bankruptcy code recognizes board certification as a demonstration of skill and experience that should be considered in determining the amount of reasonable compensation.[2]

8.     I have been selected by the Super Lawyers rating service from 2015 - 2021. This service selects no more than five percent of Pennsylvania lawyers who are evaluated on indicators of peer recognition and professional achievement.[3]

9.     I have taught continuing legal education courses on the Fair Debt Collections Practices Act, the Real Estate Settlement Procedures Act, and the Bankruptcy Code.

10.     As an instructor at the Administrative Office of Pennsylvania Courts, I have taught consumer law to prospective Magisterial District Judges.

11.     Since I became an attorney, my firm's practice has been limited almost exclusively to matters involving consumer protection statutes or the bankruptcy code.

12.     I have been co-counsel of record in the following successful appellate cases involving important consumer issues of first impression: *Barbato v. Greystone Alliance, LLC*, 916 F.3d 260, (3d Cir. Feb. 22, 2019); *Krieger v. Bank of Am., N.A.*, 890 F.3d 429 (3d Cir. 2018); *Daubert v. NRA Grp., LLC*, 861 F.3d 382 (3d Cir. 2017); *Evankavitch v. Green Tree Servicing, LLC*, 793 F.3d 355 (3d Cir. 2015); *Gager v. Dell Fin. Servs.*, 727 F.3d 265 (3d Cir. 2013).

---#

[1] https://www.abcworld.org/content/search-attorneys?state=PA&city=&last-name=&certification=&search=Search  (last visited June 15, 2021).
[2] See 11 U.S.C. § 330(a)(3)(E).
[3] https://www.superlawyers.com/about/selection_process.html  (last visited June 15, 2021).

13.     I have been appointed as co-counsel for certified classes of consumers. *Elaine v. Credit Control, LLC*, 2:15-cv-01271-RAL, Docket Entry 126 (E.D. Pa. December 6, 2018); *Benefield v. ESSA Bancorp, Inc*., Docket 16-cv-1381 (Phila. Comm. Pleas April 20, 2018); *Saxe v. First Nat'l Cmty. Bank*, Docket 13-cv-5071 (Lacka. Comm. Pleas May 31, 2017); *Good v. Nationwide*, 314 F.R.D. 141 (E.D. Pa. 2016); *Richards v. Client Services, Inc.*, 2015 WL 5836274, *2 (M.D. Pa. October 5, 2015); *Blandina v. Midland Funding, LLC*, 303 F.R.D. 245, 254 (E.D. Pa. 2014); *Dorrance v. ARS National Services, Inc.*, 12-2502, Doc. 31 (M.D. Pa. September 26, 2014).

14.     I have billed for the services rendered in this case at my standard current hourly rate of $415.00 per hour. This rate has been in effect since January 1, 2018 and is the rate that I charge clients who are paying for my services on a non-fee-shifting basis.

15.     This rate is consistent with the prevailing market rates in the relevant community for consumer rights litigation work and for bankruptcy work of similar skill level and experience.[4]

16.     In fact, the current rate is *below* the low end of the appropriate local market rate. I have been an attorney for over 21 years. The Community Legal Services Fee Schedule indicates that an appropriate rate for attorneys with 21 to 25 years of experience is from $550.00 -

---

[4] Judges in this district have held that the "relevant community" includes the entire Middle District and Eastern District of Pennsylvania. *See e.g., Valenti v. Allstate Ins. Co., 243 F.Supp.2d 200, 207 (M.D. Pa 2003)*, where Judge Mannion held "that the 'relevant community' for the purpose of determining billing rates in [a] bad faith claim includes not only Northeastern Pennsylvania, but at least, the entire Middle District and Eastern District of Pennsylvania." In reaching this holding, the court mentioned its "experience in often seeing counsel from the Eastern District of Pennsylvania practicing in both federal and local courts within the Middle District of Pennsylvania." *Id.*

$640.00. http://clsphila.org/about-cls/attorney-fees. Thus, my rate is substantially less than the minimum stated reasonable fee.

17.     The Community Legal Services Fee schedule has been approvingly cited by the Third Circuit with respect to rates in Philadelphia. *See Maldonado v. Houstoun*, 256 F.3d 181, 187 (3d Cir. 2001).[5]

18.     The rate that is being sought is similar to rates that are charged by other non-bankruptcy attorneys in the relevant community who perform hourly services on a contingent basis. *See, In re Busy Beaver Building Centers, Inc.,* 19 F.3d 833, 841 (3d Cir. 1994).

19.     My 2018, 2016, 2015, 2014, 2013 and 2012 hourly rates have also been approved bankruptcy judges in this district.

20.     Since 2018, my standard rate has been $415.00 per hour.

        a.     On August 30, 2018, Chief Bankruptcy Judge Robert N. Opel, II approved an application for fees for bankruptcy services performed in *In re Karl DeSanto, Jr.*, 5:18-bk-01167-RNO, Doc. 31. The application included some time charged at the rate of $415.00 per hour. (See Doc. 30-2.)

---------------------------------#

[5] The rates listed in the fee schedule have been updated a number of times since the *Maldonado* decision. In *Paulus ex rel. P.F.V. v. Cordero*, No. 3:12-CV-986, 2013 WL 432769, at *8 (M.D. Pa. Feb. 1, 2013), Judge Caputo cited to *Valenti* and *Maldonado*, and then applied the Community Legal Services Fee Schedule to set appropriate rates. *See also*, *Brown v. TrueBlue, Inc.*, No. 1:10-CV-00514, 2013 WL 5947499, at *3 (M.D. Pa. Nov. 5, 2013)(Kane, J. setting hourly rates after reference to the Community legal Services Fee Schedule); *Stockport Mountain Corp., LLC v. Norcross Wildlife Found., Inc.*, No. 3:11CV514, 2014 WL 131604, at *4 (M.D. Pa. Jan. 13, 2014)(Munley, J., same); *Benjamin v. Dep't of Pub. Welfare of Com. of Pennsylvania*, No. 1:09-CV-1182, 2014 WL 4793736, at *8 (M.D. Pa. Sept. 25, 2014)(Jones, J)(approving rates after stating that "[w]hile the hourly rates charged may be somewhat higher than the typical rate here in the Middle District, the rates are in step with those prescribed as reasonable under the Community Legal Services fee schedule (Doc. 348–8, p. 20, 21), which courts in our District have deemed instructive.")

21.     For 2016, my standard rate was $375.00 per hour.

a.     On November 2, 2016 Bankruptcy Judge John J. Thomas approved an application for fees for bankruptcy services performed in *In re Bitting*, 5:14-bk-03884-JJT, Doc. 35 and 37. The application included some time charged at the rate of $375.00 per hour.

b.     On August 30, 2016 Bankruptcy Judge Robert N. Opel, II approved an application for fees for bankruptcy services performed in *In re Bonomo*, 5:16-bk-01894-RNO, Doc. 43 and 45. The application included some time charged at the rate of $375.00 per hour.

22.     For 2015, my standard rate was $350.00 per hour.

a.     On July 23, 2015 Bankruptcy Judge John J. Thomas, conducted a contested hearing on fees for plaintiffs who had asserted violations of the bankruptcy automatic stay. At the conclusion of the hearing, the court issued a bench decision awarding the plaintiffs the "full amount requested." *See Reed et al., v. Heller's Gas, Inc.*, 5:13-ap-00207-JJT, Doc. 73, p.1 (Bankr. M.D. Pa. January 7, 2016). However, the written order that was entered four days later omitted $7,395.00 for time spent litigating the issue of fees. *Id.* Plaintiff filed a motion for reconsideration, and on January 7, 2016 the court issued an opinion and order granting the reconsideration, and awarding an additional $7,395.00 for a total of $46,359.68. *Id. at* Doc. 73 and 74. The application included time sought at the 2015 rate of $350.00 per hour.[6]

b.     On March 6, 2015 Bankruptcy Judge Robert N. Opel, II approved an application for fees for bankruptcy services performed in *In re Richmond*, 5:14-bk-02225-RNO, Doc. 52 and 55. The application included some time charged at the rate of $350.00 per hour.

23.     For 2014, my standard rate was $325.00 per hour.

---

[6] Though the defendant vigorously opposed the fee application on several bases, and requested a downward departure of 75% from the lodestar, the defendant did stipulate to the reasonableness of the rates requested.

a. On March 21, 2014, Bankruptcy Judge Robert N. Opel, II approved this rate in *In re Mackrell*, 5:10-bk-08100-RNO, Doc. 69. The approval was for anticipated services to be performed in a case asserting violations of the FDCPA and the Bankruptcy Code.

b. On April 21, 2014, Bankruptcy Judge John J. Thomas approved this rate in *In re Ramos*, 5:11-bk-01583-JJT, Doc 61 and 66. The approval was for bankruptcy services.

c. On July 25, 2014, Bankruptcy Judge John J. Thomas again approved this rate in *In re Black*, 5:12-bk-06249-JJT, Doc. 49 and 50. The approval was for bankruptcy services.

24. For 2013, my standard rate was $315.00 per hour.

a. On July 11, 2013 Bankruptcy Judge Robert N. Opel, II approved this rate in *In re Wolfe*, 5:13-bk-00968-RNO, Doc. 21 and 22. The approval was for anticipated litigation services.

b. On May 30, 2013, Bankruptcy Judge John J. Thomas approved the 2013 rate in *In re Bauer*, 5:12-bk-07246-JJT, Doc. 53 and 56. The approval was for anticipated litigation services.

25. For 2012, my standard rate was $300.00 per hour.

a. Bankruptcy Judge John J. Thomas approved this rate after a contested hearing held on December 19, 2012 in *Grochowski v. Commonwealth Financial Systems, Inc., et al.*, Bankruptcy Court Docket 5:11-ap-00223. Judge Thomas issued an order (Doc. 45) awarding fees and costs of $29,782.77 over the Defendants' objection to the hourly rate and to the time spent. This fee award was the full amount of the statement that had been filed with the Court (Doc. 40-2). The statement included time billed in 2012 at the rate of $300.00 per hour.

b. On September 26, 2012, Bankruptcy Judge John J. Thomas approved this rate for bankruptcy services performed in *In re Sitar*, 5:08-bk-51801-JJT, Doc. 90 and 91.

c. On March 27, 2012, Bankruptcy Judge Robert N. Opel, II approved this rate in *In re Mackrell*, 5:10-bk-08100-RNO, Doc. 36 and 37. The approval was for anticipated litigation services.

26. My rates have also been reviewed by a number of District Judges.

27. On April 9, 2018, Magistrate Judge Richard Lloret of the Eastern District of Pennsylvania approved the requested rate of $410.00 per hour. *Elaine v. Credit Control, LLC*, 2018 WL 1705959 (E. D. Pa. April 9, 2018).

28. On June 1, 2016, Judge Nitza Quiñones Alejandro of the Eastern District of Pennsylvania approved the rate of $410.00 per hour and observed that the rates requested by my firm were "well within the range of what is reasonable and appropriate in this market." *Blandina v. Midland Funding, LLC*, 2016 WL 3101270, at *7 (E.D. Pa. June 1, 2016); s*ee also* underlying docket 13-1179 at Doc. 88-7, p.3, ¶ 13.

29. Judge Richard Conaboy approved the 2016 rate of $375.00 per hour in *Romeo v. Simm Associates, Inc.*, 170 F.Supp.3d 750, at *1 (M.D. Pa. Mar. 16, 2016) and observed that "the Court is hardly surprised at attorney's fees calculated at $375.00 per hour for an attorney with 16 years experience who specializes in consumer protection law."

30. On October 5, 2015, Judge Caputo approved the 2015 rate of $350.00 per hour in *Richards v. Client Services, Inc.*, 2015 WL 5836274, *2 (M.D. Pa. October 5, 2015) (also see the court docket Doc. 28, page 21 where the hourly rate sought was $350.00).

31. Judge James M. Munley approved a requested rate of $315.00 for a total fee and cost award of $86,351.94 (of a requested $93,764.79) in an individual FDCPA case where a jury had awarded an underlying recovery of $1,000.00 in statutory damages. *Evankavitch v. Green Tree Servicing, LLC*, 2014 WL 4437645 (M.D. Pa. Sept. 9, 2014).

32.     Judge William J. Nealon approved a rate of $300.00 for a total fee and cost award of $24,938.21 (of a requested $26,945.66) in an individual FDCPA case where there had been an underlying recovery of $1,000.00 in statutory damages. *Lukawski v. Client Services, Inc.*, 2013 WL 6154544 (M.D. Pa. Nov. 22, 2013).

33.     In 2010, I represented a plaintiff in an individual FDCPA case. Judge Thomas I. Vanaskie granted plaintiff summary judgment as to liability, and pursuant to a previous stipulation with the parties, he awarded the Plaintiff $1,000.00 in statutory damages. *Gryzbowski v. I.C. Sys., Inc.*, 691 F. Supp. 2d 618, 624 (M.D. Pa. 2010). Magistrate Judge William T. Prince issued a Report and Recommendation on Plaintiff's contested fee application recommending that the entire amount of the $23,419.54 fee request be approved. *Gryzbowski v. I.C. Sys., Inc.*, 2010 WL 2507516 (M.D. Pa. May 24, 2010). Judge Vanaskie adopted the Report and Recommendation. 2010 WL 2470853 (M.D. Pa. June 15, 2010). The rate that was approved in that case was $275.00 per hour.

34.     The rate of $275.00 per hour was approved by Judge James M. Munley on December 21, 2009 in the case of *Moses v. The Law Office of Harrison Ross Byck, Esq., P.C., et al.*, 3:08-cv-01939-JMM (M.D. Pa. 2008)(Dkt. Entry 43). The total fee was $24,994.00 in an individual case where there had been an underlying recovery of $1,000.00.

35.     The rate of $275.00 per hour was approved by Judge A. Richard Caputo on September 24, 2008 in the case of *Galuska v. Collectors Training Institute of Illinois*, 3:07-cv-02044-ARC (M.D. Pa. 2008)(Dkt. Entry 33).

36.     The rates that I have charged for the other professionals in my firm are within the range of the prevailing market rates in the community.

37.     Paralegal time was charged at $135.00 per hour. This rate is below the rates approved by the CLS Fee Schedule, which provides for a rate of $160.00 - $200.00 for a paralegal, or $205.00 - $230.00 for a senior or supervisory paralegal.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on June 15, 2021                          s/ Carlo Sabatini
                                                   Carlo Sabatini